[No. 20724-5-I.  Division One.  November 13, 1989.]

SUDDEN VALLEY COMMUNITY ASSOCIATION, *Respondent,* v. CATHY PALZER, *Individually and as Personal Representative,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-2-01085-4, Marshall Forrest, J., entered June 26, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, J., and Williams, J. Pro Tem.

[No. 21900-6-I.  Division One.  November 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD TERRY LEWIS III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-01954-0, Warren Chan, J., entered February 18, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Forrest, JJ.

[Nos. 22607-0-I; 22608-8-I;  Division One.          November 13, 1989.]
22609-6-I.

*In the Matter of the Dependency of* R.N., ET AL.

THE STATE OF WASHINGTON, *Respondent,* v. LEE H. NYHART, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 86-7-01367-7, 86-7-00511-9, 86-7-00512-7, Frank H. Roberts, Jr., J., entered July 7, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson and Scholfield, JJ.